Kristopher Paul Barnes
65 Bruce Evans Dr.
Pascagoula Ms. 39567



Legal Mail

SCREENED BY U.S. MARSHAL

WARNING
This Correspondence is from an inmate. The Contentions have not been evaluated and the JACKSON COUNTY ADULT DETENTION CENTER is not RESPONSIBLE for the substance or content of the enclosed communication.

RECEIVED
MAR 18 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS

United States District Court
Dan M. Russell, Jr., United States Courthouse
2012 15th Street, Suite 403
Gulfport Ms, 39501