IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KRISTOPHER PAUL BARNES**                               **PLAINTIFF**

v.                                          CIVIL NO. 1:21-cv-74-HSO-JCG

**JACKSON COUNTY ADC, et al.**                           **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order entered this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 8th day of July, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE